JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK GONSALVES, | ) | No. 5:19-cv-01801-RGK-SP |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER** |
| COPART, INC. | ) | |
| Defendant(s). | ) | |

Based on the parties' Joint Stipulation Re: Arbitration and Dismissal of Class Allegations, IT IS HEREBY ORDERED that this action be removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: JAN 1 4 2020

R. GARY KLAUSNER
**UNITED STATES DISTRICT JUDGE**